| | |
|---|---|
| 1 | BLUMENTHAL, NORDREHAUG & BHOWMIK |
|  | NORMAN B. BLUMENTHAL, Bar No. 068687 |
| 2 | KYLE R. NORDREHAUG, Bar No. 205975 |
|  | APARAJIT BHOWMIK, Bar No. 248066 |
| 3 | 2255 Calle Clara |
|  | La Jolla, California  92037 |
| 4 | Telephone:     858.551.1223 |
|  | Facsimile:      858.551.1232 |
| 5 | |
|  | Attorneys for Plaintiff |
| 6 | JAMES GRIPENSTRAW |
| 7 | STACEY E. JAMES, Bar No. 185651 |
|  | MATTHEW E. FARMER, Bar No. 190484 |
| 8 | LITTLER MENDELSON, P.C. |
|  | 501 W. Broadway, Suite 900 |
| 9 | San Diego, California  92101.3577 |
|  | Telephone:     619.232.0441 |
| 10 | Facsimile:      619.232.4302 |
| 11 | Attorneys for Defendant |
|  | BLAZIN' WINGS, INC. |
| 12 | |
|  | MATTHEW E. FARMER, Bar No. 190484 |
| 13 | LITTLER MENDELSON, P.C. |
|  | 5200 North Palm Avenue, Suite 302 |
| 14 | Fresno, California  93704.2225 |
|  | Telephone:     559.244.7500 |
| 15 | Facsimile:      559.244.7525 |
| 16 | Attorneys for Defendant |
|  | BLAZIN' WINGS, INC. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GRIPENSTRAW, an individual, on behalf of himself and on behalf of all persons similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>BLAZIN' WINGS, INC., d/b/a BLAZIN' WINGS, a Minnesota Corporation; and Does 1 through 50,<br><br>        Defendant. | Case No.  1:12-CV-00233-AWI-SMS<br><br>**STIPULATION AND ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>**(Doc. 8; Ex.1)**<br><br>District Judge: Chief Judge Anthony W. Ishii<br>Magistrate Judge: Judge Sandra M. Snyder |

Plaintiff JAMES GRIPENSTRAW ("Plaintiff") and Defendant BLAZIN' WINGS, INC. ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff seeks to file a First Amended Complaint, a copy of which is attached to Doc. 8 as Exhibit #1;

WHEREAS, Defendant does not oppose the filing of this proposed First Amended Complaint;

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

Upon the Court's execution of this Order, Plaintiff shall have leave to file the First Amended Complaint, a copy of which is attached to Doc. 8 as Exhibit #1.

Dated: May 22, 2012

By: */s/ Aparajit Bhowmik*
APARAJIT BHOWMIK
BLUMENTHAL, NORDREHAUG & BHOWMIK
Attorneys for Plaintiff
JAMES GRIPENSTRAW

Dated: May 22, 2012

By: */s/ Matthew E. Farmer*
MATTHEW E. FARMER
LITTLER MENDELSON, P.C.
Attorneys for Defendant
BLAZIN' WINGS, INC.

IT IS SO ORDERED.

Dated: **May 30, 2012**            **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE