1  BLUMENTHAL, NORDREHAUG & BHOWMIK
   NORMAN B. BLUMENTHAL, Bar No. 068687
2  KYLE R. NORDREHAUG, Bar No. 205975
   APARAJIT BHOWMIK, Bar No. 248066
3  2255 Calle Clara
   La Jolla, California  92037
4  Telephone:     858.551.1223
   Facsimile:      858.551.1232
5
   Attorneys for Plaintiff
6  JAMES GRIPENSTRAW

7  STACEY E. JAMES, Bar No. 185651
   MATTHEW E. FARMER, Bar No. 190484
8  LITTLER MENDELSON, P.C.
   501 W. Broadway, Suite 900
9  San Diego, California  92101.3577
   Telephone:     619.232.0441
10 Facsimile:      619.232.4302

11 Attorneys for Defendant
   BLAZIN' WINGS, INC.
12
   MATTHEW E. FARMER, Bar No. 190484
13 LITTLER MENDELSON, P.C.
   5200 North Palm Avenue, Suite 302
14 Fresno, California  93704.2225
   Telephone:     559.244.7500
15 Facsimile:      559.244.7525

16 Attorneys for Defendant
   BLAZIN' WINGS, INC.
17

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GRIPENSTRAW, an individual, on behalf of himself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLAZIN' WINGS, INC., d/b/a BLAZIN' WINGS, a Minnesota Corporation; and Does 1 through 50,<br><br>Defendant. | Case No.  1:12-CV-00233-AWI-SMS<br><br>**STIPULATION REGARDING HEARING ON MOTION FOR PRELIMINARY APPROVAL [Doc. No. 22]**<br><br>District Judge:  Chief Judge Anthony W. Ishii<br>Magistrate Judge:  Judge Sandra M. Snyder |

Plaintiff JAMES GRIPENSTRAW ("Plaintiff") and Defendant BLAZIN' WINGS, INC. ("Defendant"), by and through their respective counsel, hereby submit this Stipulation Regarding Hearing Date for the Motion for Preliminary Approval of Class Settlement [Doc. No.22]. The parties respectfully request the Court enter an Order approving the following Stipulation.

Whereas, the Motion for Preliminary Approval of Class Settlement [Doc. No.22] was initially set for August 19, 2013 which date was not available for the Court;

Whereas, the parties seek to move the hearing date to September 3, 2013.

NOW THEREFORE THE PARTIES STIPULATE AS FOLLOWS:

1. The hearing on the Motion for Preliminary Approval of Class Settlement [Doc. No.22], initially set for August 19, 2013, shall be continued to September 3, 2013 at 1:30 p.m.

Dated: July 15, 2013

By: */s/ Norman Blumenthal*
NORMAN BLUMENTHAL
BLUMENTHAL, NORDREHAUG & BHOWMIK
Attorneys for Plaintiff
JAMES GRIPENSTRAW

Dated: July 15, 2013

By: */s/ Lindsey Stevens*
LINDSEY STEVENS
LITTLER MENDELSON, P.C.
Attorneys for Defendant
BLAZIN' WINGS, INC.

IT IS SO ORDERED.

Dated: July 16, 2013      _____
                          SENIOR DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BLUMENTHAL,
NORDREHAUG &
BHOWMIK

STIPULATION REGARDING HEARING
(No. 1:12-CV-00233-AWI-SMS )     3.