# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GRIPENSTRAW, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLAZIN' WINGS, INC., d/b/a/ BLAZIN' WINGS; and Does 1 through 50,<br><br>Defendants.<br>_____/ | 1:12-cv-00233-AWI-SMS<br><br>**ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION**<br><br>(Doc. 22) |

Plaintiff James Gripenstraw has filed a motion for preliminary approval of class settlement, set for hearing on Tuesday, September 3, 2013. The Court, having reviewed the pleadings and evidence, finds this matter suitable for decision without oral argument. *See* Local Rule 230(g). The hearing date of September 3, 2013 is hereby VACATED and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   August 28, 2013                       _____
                                                                    SENIOR DISTRICT JUDGE

1