1  STACEY E. JAMES, Bar No. 185651
   LINDSEY M. STEVENS, Bar No. 265700
2  LITTLER MENDELSON, P.C.
   A Professional Corporation
3  501 W. Broadway, Suite 900
   San Diego, California  92101.3577
4  Telephone:    619.232.0441
   Facsimile:    619.232.4302
5
   MATTHEW E. FARMER, Bar No. 190484
6  LITTLER MENDELSON, P.C.
   A Professional Corporation
7  5200 N. Palm Avenue, Suite 302
   Fresno, California  93704-2227
8  Telephone:    559.244.7500
   Facsimile:    559.244.7525
9
   Attorneys for Defendant
10 BLAZIN' WINGS, INC.

11                       UNITED STATES DISTRICT COURT
12
13                       EASTERN DISTRICT OF CALIFORNIA

14 | JAMES GRIPENSTRAW, an individual, | Case No.  1:12-CV-00233-AWI-SMS
15 | on behalf of himself and on behalf of all persons similarly situated, |
16 |                                    | NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL
   |            Plaintiff,              |
17 |                                    |
   |       v.                           |
18 |                                    |
   | BLAZIN' WINGS, INC., d/b/a BLAZIN' |
19 | WINGS, a Minnesota Corporation; and |
   | Does 1 through 50,                 |
20 |                                    |
   |            Defendant.              |
21

22
23
24
25
26
27
28

LITTLER MENDELSON, P.C.
A Professional Corporation
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

NOTICE OF NON-OPPOSITION

1  TO THE COURT AND ALL COUNSEL OF RECORD:

2  Plaintiff has filed a motion for preliminary approval of a class action settlement. (Doc. No. 22). Said motion was originally set for hearing on September 3, 2013, and was recently taken under submission without hearing by the Court. (Doc. No. 26). Defendant has no opposition to the Court granting the pending motion.

Dated: August 29, 2013

/s/ Lindsey M. Stevens
STACEY E. JAMES
LINDSEY M. STEVENS
LITTLER MENDELSON, P.C.
A Professional Corporation
Attorneys for Defendant
BLAZIN' WINGS, INC.

Firmwide:122795224.1 061451.1059