1  BLUMENTHAL, NORDREHAUG & BHOWMIK
   NORMAN B. BLUMENTHAL, Bar No. 068687
2  KYLE R. NORDREHAUG, Bar No. 205975
   APARAJIT BHOWMIK, Bar No. 248066
3  2255 Calle Clara
   La Jolla, California  92037
4  Telephone:   858.551.1223
   Facsimile:    858.551.1232
5
   Attorneys for Plaintiff
6  JAMES GRIPENSTRAW

7  STACEY E. JAMES, Bar No. 185651
   MATTHEW E. FARMER, Bar No. 190484
8  LITTLER MENDELSON, P.C.
   501 W. Broadway, Suite 900
9  San Diego, California  92101.3577
   Telephone:   619.232.0441
10 Facsimile:    619.232.4302

11 Attorneys for Defendant
   BLAZIN' WINGS, INC.
12
   MATTHEW E. FARMER, Bar No. 190484
13 LITTLER MENDELSON, P.C.
   5200 North Palm Avenue, Suite 302
14 Fresno, California  93704.2225
   Telephone:   559.244.7500
15 Facsimile:    559.244.7525

16 Attorneys for Defendant
   BLAZIN' WINGS, INC.
17
                    UNITED STATES DISTRICT COURT
18
                    EASTERN DISTRICT OF CALIFORNIA
19

20

| | |
|---|---|
| 21  JAMES GRIPENSTRAW, an individual, on behalf of himself and on behalf of all persons similarly situated, | Case No.  1:12-CV-00233-AWI-SMS |
| 22 | **STIPULATION TO SET FINAL APPROVAL HEARING DATE** |
| 23                Plaintiff, | |
| 24  v. | District Judge:  Chief Judge Anthony W. Ishii<br>Magistrate Judge:  Judge Sandra M. Snyder |
| 25  BLAZIN' WINGS, INC., d/b/a BLAZIN' WINGS, a Minnesota Corporation; and Does 1 through 50, | |
| 26 | |
| 27                Defendant. | |

28

BNB
ATTORNEYS AT LAW
SAN DIEGO

STIPULATION TO SET FINAL
APPROVAL HEARING DATE
(No. 1:12-CV-00233-AWI-SMS )

Plaintiff JAMES GRIPENSTRAW ("Plaintiff") and Defendant BLAZIN' WINGS, INC. ("Defendant"), by and through their respective counsel, hereby submit this Stipulation To Set A Final Approval Hearing Date.   The parties respectfully request the Court enter an Order approving their Stipulation on the following grounds:

Whereas, the Court has entered the Order Granting Preliminary Approval of Class Settlement [Doc. No. 28] ,which states "Upon completion of mailing of the Notice packets to class members the parties will inform the Court that notice has been given.  The Court will then set a date for a hearing to be held in Courtroom 2 of the United States District Court, Eastern District, before Honorable Anthony W. Ishii to evaluate whether the Court should grant final approval of the settlement." (Doc. No. 28, 26:22-26);

Whereas, a Final Approval hearing date must be set before the mailing of the Notice of Pendency of Class Action, Proposed Settlement and Proposed Hearing Date for Court Approval ("Notice"), so that class members will receive notice of the Final Approval Hearing date in the Notice;

Whereas, the date for the Final Approval Hearing can be set 90 days from the February 17, 2014 scheduled mailing date of the Notice.

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

1. The date for the Final Approval Hearing shall be set for May 19 at 1:30 p.m., or as soon thereafter as is convenient for the Court.

Dated: January 10, 2014

By: */s/ Kyle Nordrehaug*
KYLE NORDREHAUG
BLUMENTHAL, NORDREHAUG & BHOWMIK
Attorneys for Plaintiff
JAMES GRIPENSTRAW

Dated: January 10, 2014

By: */s/ Lindsey Stevens*
LINDSEY STEVENS
LITTLER MENDELSON, P.C.
Attorneys for Defendant
BLAZIN' WINGS, INC.

**IT IS SO ORDERED.** The Final Approval Hearing Date is set for May 19, 2014 at 1:30 p.m. in the above entitled Court.

IT IS SO ORDERED.

Dated:   January 13, 2014                          _____
                                                   SENIOR DISTRICT JUDGE

STIPULATION TO SET FINAL
APPROVAL HEARING DATE                    3.
(No. 1:12-CV-00233-AWI-SMS )